UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Christopher Cruckshank, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>Freedom Mortgage Corporation<br><br>　　　　　　　Defendant. | Civil Action No: 2:16-cv-00011-LDW-AYS<br><br>**STIPULATION AND ORDER** |

　　　THIS MATTER having come before the Court by the agreement and upon the joint application of the parties; and Plaintiffs, Christopher Cruckshank and Jonbu Adebo, individually, and as representatives of the classes, and Defendant, Freedom Mortgage Corporation having agreed, through their respective undersigned counsel; and good cause having been shown;

　　　IT IS THIS _____ day of _____, 2017 hereby ORDERED that the March 23, 2017 Order preliminarily approving class action settlement agreement is vacated without prejudice;

　　　IT IS FURTHER ORDERED that the March 10, 2017 Joint Motion to Certify Class is withdrawn without prejudice; and

IT IS FURTHER ORDERED that the Parties shall file their Joint Motion to Certify Class on or before April 7, 2017.

IT IS SO ORDERED:

_____

HONORABLE ANNE Y. SHIELDS
United States Magistrate Judge

Dated:

The undersigned counsel hereby consent to the substance and form of this Order, and to its immediate entry upon the docket.

| | |
|---|---|
| /s/ Ryan Gentile__ | /s/ Daniel JT McKenna |
| Ryan Gentile, Esq. | Daniel JT McKenna, Esquire |
| Law Offices of Gus Michael Farinella, PC | BALLARD SPAHR LLP |
| 110 Jericho Turnpike - Suite 100 | 1735 Market Street, 51st Floor |
| Floral Park NY 11001 | Philadelphia, PA 19103 |
| T: 201-873-7675 | T: 215.665.8500 |
| | |
| *Attorneys for Christopher Cruckshank and Jonbu Adebo* | *Attorneys for Freedom Mortgage Corporation* |
| | |
| Dated: March 30, 2017 | Dated: March 30, 2017 |

2